IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CASE NO. 4:19-CR-00264 |
| | § | |
| GINA CORWIN (9) | § | |

## ENTRY OF APPEARANCE OF COUNSEL

☑ I wish to enter my appearance as *retained* lead counsel for the above-named Defendant in this cause.

☐ I hereby enter my appearance as *appointed* counsel for the above-named Defendant in this cause.

I understand that it is my duty to continue to represent the above-named Defendant in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist the Defendant with any appeal which the Defendant desires to perfect, and to represent the Defendant on appeal until a final judgment has been entered; unless and until, after a written motion filed by me, I am relieved by Order of the Court.

Respectfully submitted,

DATED:   November 1, 2019

/s/ *Peter Barrett*

PETER M. BARRETT
Texas Bar No.: 00790272
**BARRETT BRIGHT LASSITER LINDER PEREZ**
3300 Oak Lawn Avenue, Ste 700
Dallas, Texas 75219
O: 214.526.0555
F: 214.526.0551
E: peter@barrettcrimelaw.com

**ENTRY OF APPEARANCE - Solo Page**