ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
JUL 07 2020
Clerk, U.S. District Court
Texas Eastern

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 4:19CR264 |
| | § | Judge Jordan |
| GINA CORWIN (9) | § | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

<u>Violation</u>: 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute Methamphetamine)

That from sometime in or about 2018, and continuously thereafter up to and including on or about November 22, 2019, in the Eastern District of Texas and elsewhere, **Gina Corwin** defendant, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 5 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

<u>**NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE**</u>
Criminal Forfeiture Pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(7)

As a result of committing the offenses charged in this Information, the defendant shall forfeit to the United States any property she may have used or intended to use to commit or facilitate the offenses and/or property derived from proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. The defendant shall also forfeit to the United States any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses pursuant to 18 U.S.C. § 982(a)(7).

**<u>SUBSTITUTE ASSETS:</u>**

Moreover, if, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with a third person;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property, including but not limited to all property, both real and personal owned by the defendant. As a result of the commission of the offenses alleged in this Information, any and all interest that the defendant has in any such property is vested in and forfeited to the United States.

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

Information
Page 2

        Respectfully submitted,

        JOSEPH D. BROWN
        United States Attorney

        JAY R. COMBS
        Assistant United States Attorney
        Texas State Bar No. 24086545
        101 East Park Boulevard, Suite 500
        Plano, Texas 75074
        Main: 972-509-1201
        Fax: 972-509-1209
        Email: jay.combs@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via CM-ECF electronic filing to defense counsel on March 18, 2020.

        JAY R. COMBS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:19CR264 |
| | § | Judge Jordan |
| GINA CORWIN (9) | § | |

### NOTICE OF PENALTIES

### Count One

Violation:   21 U.S.C. § 841

Penalty:   A term of imprisonment of not less than five (5) years or more than forty (40) years, a fine not to exceed $5,000,000, or both. A term of supervised release of five (5) years.

Special Assessment: $ 100.00