

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUL 07 2020

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:19CR264 |
| | § | Judge Jordan |
| GINA CORWIN (9) | § | |

## FACTUAL BASIS

The defendant, **Gina Corwin**, hereby stipulates and agrees that at all times relevant to the Information herein, the following facts were true:

1. That the defendant, **Gina Corwin**, who is changing her plea to guilty, is the same person charged in the Information.

2. That the events described in the Information occurred in the Eastern District of Texas and elsewhere.

3. That **Gina Corwin** and one or more persons in some way or manner made an agreement to commit the crime charged in Count One of the Information, to knowingly and intentionally possess with the intent to distribute and dispense 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 5 grams or more of methamphetamine (actual).

4. That **Gina Corwin** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That the amount involved during the term of the conspiracy involved at least 50 grams but less than 200 grams of a mixture or substance containing a detectable

amount of methamphetamine. This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read this Factual Basis and the Information and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: May 8 2020

GINA CORWIN
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Factual Basis and the Information and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Information.

Dated: 3/8/2020

PETER MICHAEL BARRETT
Attorney for the Defendant